E-FILED
Tuesday, 29 April, 2025 04:09:52 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

William Williams

*Plaintiff(s)/Petitioner(s)*

v.

John Doe
Mindi Nurse

*Defendant(s)/Respondent(s)*

Case Number: ______________
*(Clerk's Office will provide)*

■ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)
☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)
☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act, 28 U.S.C. §§1346, 2671-2680, or other law

## I. JURISDICTION

**Plaintiff:**

A. Plaintiff's mailing address, register number, and present place of confinement. William Williams #R12713
P.O. BOX, 1000
MENARD IL 62259

**Defendant #1:**

B. Defendant John Doe is employed as
(a) (Name of First Defendant)

Correctional officer
(b) (Position/Title)

with John Doe, PoBox 99, Pontiac IL 61764
(c) (Employer's Name and Address)

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☐ Yes ☐ No

If your answer is YES, briefly explain:

**Defendant #2:**

C. Defendant Mindi NuRse is employed as

(Name of Second Defendant)

WARDen

(Position/Title)

with Mindi Nurse, PO Box 99, Pontiac IL 61764

(Employer's Name and Address)

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? ☐ Yes ☐ No

If you answer is YES, briefly explain:

**Additional Defendant(s) (if any):**

D. Using the outline set forth above, identify any additional Defendant(s).

## II. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law? ☐Yes ☐No

B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability**, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)). FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1. Parties to previous lawsuits:
Plaintiff(s): William Williams, R12713

Defendant(s): scott prince

2. Court (if federal court, name of the district; if state court, name of the county): Federal court

3. Docket number: CASE # 18-1675-MAB

4. Name of Judge to whom case was assigned:

5. Type of case (for example: Was it a habeas corpus or civil rights action?): Civil Right Action

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Settlement

7. Approximate date of filing lawsuit: 9-6-18

8. Approximate date of disposition: 10-18-21

9. Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?" NO

## III. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance procedure in the institution? ☒ Yes ☐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? ☒ Yes ☐ No

C. If your answer is YES,

1. What steps did you take? Wrote grievance, told mental health, wrote the warden

2. What was the result?

D. If your answer is NO, explain why not.

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☐ Yes ☐ No

F. If your answer is YES,

1. What steps did you take?

...facts that support your case. Describe how each defendant violated your rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

On 11-29-23 I WAS Housed in Pontiac correctional, I WAS on suicide WAtch After a suicide Attempt. and 11-29-23 on the 11-7 shift A officer WAS PASSing out the Breakfast Tray's from 4:30 AM - 6:00 AM and stoped At my cell to give me my Tray, and The C/O stated for Me To "kill myself" And GAVe me my Breakfast Tray With my NAMe on it, I SAt on the Bed to eat my Tray and it WAS A 4inch piece of Metal on top of my PANCAKes, and CAme to pick of The tray's I gAVe the C/O a old Tray and someone cAme over the RAdio and SAid "Thats Him" And I SAid "I Don't WAnt ANY TrouBle. the officer did Not hAVe A NAMe TAg I ASK To SAVe cAmera Footage from 11-29-23 from 430 AM to 6:00 AM when my MHP (Mental Health) Ms. HArty and C/O SPArks Did Rounds I told Them What happened and still HAD the Tray Not touched and C/O SPArks opened my Chuckhole and took the Tray with the Metal on it. SAMe Statement Stated in Ms. HArty Incident Report. Before I CAMe to Suicide WAtch I hAd Some StAff give me Death threats, and HAD

Mental Health do A incident Report on Sargent Shields. I 'AM S.M.I. I Wrote WArden mindi Nurse several Times No Response. Check my Exhibit from MS. HArty and to WArden mindi Nurse. DUE to: NEGligence + Deliberate indifference, Failure to Inter Vene + RetaliAting Against Me. Violating My 8TH Amendment. + and my First amendment and it WAS intentional infliction of Emotional distress.

RELIEF REQUESTED

(State what relief you want from the court.)

Compensatory and punitive DAmages.

JURY DEMAND Yes ☒ No ☐

Signed this ______________ day of __________________________, 20______.

William Williams

(Signature of Plaintiff)

| Name of Plaintiff: William Williams | Inmate Identification Number: #R12713 |
|---|---|
| Address: Po Box 99 Pontiac IL 61764 | Telephone Number: |