E-FILED
Tuesday, 29 April, 2025 04:09:53 PM
Clerk, U.S. District Court, ILCD

MY COPY

Assigned Grievance #/Institution: PONTIAC CORRECTIONAL CENTER 1027090 North - 1

1st Lvl rec: DEC 0 5 2023

ILLINOIS DEPARTMENT OF CORRECTIONS
**Individual in Custody's Grievance**

| Date: 12-2-23 | Individual in Custody (please print): William Williams | ID #: R12713 | Race (optional): Blk |
|---|---|---|---|
| Present Facility: Pontiac | | Facility where grievance issue occurred: pontiac | |

**Nature of grievance:**

- [x] Personal Property
- [ ] Mail Handling
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [x] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Other (specify):
- [ ] Disciplinary Report ______ Date of report ______ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
**Chief Administrative Officer,** only if **EMERGENCY** grievance
Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened and the name or identifying information for each person involved):

On 11-29-23 During the 11-7 Shift, at or around 4Am-6Am on ONE (1) Gallery IN the South Crisis Watch, A unknown c/o (see CAmera Footage) WAS passing out the Breakfast Trays, when he got to my Cell 121 (see CAmera Footage) the c/o SAid "Kill yourself" I put my hands up and SAid "I don't wAnt no Trouble" he gAve Me my Tray and left. I SAt on my Bed opened my Tray and it wAs A piece of Metal About 4in long on Top of my pancakes, I Showed the CAmera my Tray (see CAmera

Continued on reverse

**Relief Requested:**

I Just wAnt to do my time, and Be treated Equal, and Not Be Retilated Aganist For comming Forth with this Information. OR Be Retilated Aganist For my Ticket I cAught At Hill Correction Center.

- [ ] Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [x] Check if this is NOT an emergency grievance.

William Williams — Individual in Custody's Signature | R12713 — ID# | 12-2-23 — Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable) Date Received: 12.13.23 [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

SEE PG 3.

BRIANNE RYAN, CCII — Print Counselor's Name | [signature] — Sign Counselor's Name | 1.2.24 — Date

**Note to individual in custody:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:** Date Received: ______

Is this determined to be of an emergency nature:

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Individual in custody should submit this grievance according to standard grievance procedure

______ Chief Administrative Officer's Signature ______ Date

PONTIAC CORRECTIONAL CENTER

DEC 0 5 2023

ILLINOIS DEPARTMENT OF CORRECTIONS
**Individual in Custody's Grievance**

JAN 2 2 2024

Footage) I WAS Scared CAUSE one of the Reasons I WAS down CAUSE I some threats MAde at Me which Mental health MAde A Incident Report About that. And A Short time later the unknown officer CAme to Collect the Trash I gave him Another Empty Tray I had in the cell, and Did Not touch the Tray he gAve Me. I got Some Tissue and Informed him that I WAS Down there For Trying to comit Sucicide, I got some tissue, and he answered the RAdio in Front of my cell (121) See CAmera Footage) Someone said "that's Him" I sAid once again I SAid "I Didn't wAnt No TrouBle" and put my Hands up (See CAmera Footage) And He walked Away. on the Next Shift 7-3 Shift. my mental health counselor Mrs. HArdy CAme to tAlk with me Between 8-10 AM (See CAmera Footage) I Showed her the Tray untouched SAme As How I got it, and Officer SPArks WAS present I again Show the CAmera c/o SPArks Quickly Opened the Chuck hole and I GAve Him the Tray. (See CAmera Footage) I told (MHP) Ms. HArdy What HAppened, and She told me She would write A Incident Report. told her I WAS Scared And got some threats Because of My Ticket I caught at Hill Correctional Center (StAff Assault) And I am Also S.M.I. ——— And Feel that I'm Being Retilated aganist FoR the StAff Assault I CAught at the last prison. SAVE all CAMera Footage From 11-29-23 11-7 Shift And 7-3 Shift ——— EOR....

My Copy
I Re-Filed



PONTIAC CORRECTIONAL CENTER 102799

Assigned Grievance #/Institution: ______ Housing Unit: N-146 Bed #: ______

DEC 18 2023
1st Lvl rec: ______

ILLINOIS DEPARTMENT OF CORRECTIONS
**Individual in Custody's Grievance**

2nd Lvl rec: ______

| Date: 12-14-23 | Individual in Custody (please print): William Williams | ID #: R12713 | Race (optional): BlK |
|---|---|---|---|
| Present Facility: Pontiac | | Facility where grievance issue occurred: Pontiac | |

**Nature of grievance:**

- [x] Personal Property
- [ ] Mail Handling
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [x] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Other (specify): ______
- [ ] Disciplinary Report ______ Date of report ______ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
**Chief Administrative Officer,** only if **EMERGENCY** grievance
**Mail to Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 11-29-23 I WAS on Suicide crisis WAtch in Cell 121 During the Hours Between 4:30 and 6:30 A UNKNOWN C/O (See camera footage) WAS PASSING out the BreakFAST Trays And got to My Cell, GAVe Me My Tray And Told Me To "Kill myself" I PUT my Hand up And SAid "I Dont WAnt No Trouble" He went to the Next Cell and Went BACK Down The Gallery. I SAt Down About to EAt my Tray and It WAS

- [x] Continued on reverse

**Relief Requested:**

I Just WAnt to do My Seg TiMe TroubleFRee And Not Be Retaliated against FOR My Ticket At My last prison. Just NO Retiliation and My Head down And My Mouth shut ticket FRee I promise.

- [ ] Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [x] Check if this is **NOT** an emergency grievance.

William Williams — Individual in Custody's Signature | R12713 — ID# | 12-14-23 — Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable) Date Received: 12/18/23 [ ] Send directly to Grievance Officer

- [ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

RTN-UTD individual failed to meet DR 504.810 individual did not provide description of staff member being grieved. Furthermore grievance is already being addressed in G# 102799. Grievance being returned with no review as already being addressed.

A Leshe CCII — Print Counselor's Name | [signature] — Sign Counselor's Name | 12/18/23 — Date

**Note to individual in custody:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:** Date Received: ______

Is this determined to be of an emergency nature:

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Individual in custody should submit this grievance according to standard grievance procedure

______ Chief Administrative Officer's Signature ______ Date

Assigned Grievance #/Institution: 102799
Housing Unit: Bed #:
DEC 18 2023
1st Lvl rec:
ILLINOIS DEPARTMENT OF CORRECTIONS
**Individual in Custody's Grievance**
2nd Lvl rec:

A Piece OF METAL Sitting ON TOP OF MY PANCAKes, I WAS Shocked And SHowed The CAMera The Metal on Top of MY PANCAKes (SAVe CAMera Footage) I WAS Scared CAUSE This WAS my Second Time getting A threat Since I've Been IN pontiac a incident WAS wrote By my Mental Health FoR the First ON (See Mental health RepoRt) So I Closed the Tray Told MY NeighboR IN 122 He SAid "To Tell Mental Health" So When The UNKNOWN C/O CAME BACK to collect The Tray's I GAVe Him A Empty one I HAd IN the Cell, in Doing So, He WAS getting My Tray And Someone CAMe over his RAid And SAid "that's Him" (See CAMera FootAge) He Just SAid "OK" I Just put My Hands Up Again And Told Him "I don't WAnt ANY TrouBle" (See CAMera FootAge) He gAve Me Some Tissue And WAlked off. So I pAced the FlooR until I got sleepy. Went to Sleep Woke up to MENTAL Health At MY DooR. I Told my MHP CounselOR MS. HARDY And Showed HER My untouched Tray With the Piece of Metal Still Sitting on the pANCAKes (See CAMera FootAge) on 7-3pm Shift Between 8AM-10AM She wAs Shocked, And C/O SPArks Quickly OPEN my Chuck Hole and Told Me "To Give Him the TRAY" I Showed The CAMera ONE last Time and GAVe C/O SPArks The TrAY (See CAMera FootAge 8AM-10AM) 11-29-23 and continued to TAlk with (MHP) MS. Hardy And she told Me She Would MAke A INCident RepoRt, I ASK heR How mAny people KNew I Tried to Commit Sucicide? And Im Scared To Be on wAtch, So I tried to come off that dAy But She (MS Hardy) didn't let Me until the Next DAy. That's 2 Threats IN A Week And hAlf (See Mental Health Reports MADe) I MAde ONE on SARGent SHields PRioR [illegible]

**Brief Description, medium Build, white male, No Facial Hair, Black Baseball cap, Black Jacket, No Name tag visible EOR.....**

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE

**Grievance Officer's Report**

Date Received: 01/22/2024 Date of Review: 01/22/2024 Grievance #: 102709

Individual in Custody Name: WILLIAMS, WILLIAM ID#: R12713

Nature of Grievance:

STAFF CONDUCT - INDIVIDUAL ALLEGES STAFF PUT METAL IN HIS TRAY

Facts Reviewed:

Individual in Custody grieves an Unknown correctional officer(no description given) put metal in his breakfast tray and told him "to kill himself" (directly quoted from individuals grievance).

Counselor Response: Individual in custody alleges PERSONAL PROPERTY, however, goes on to grieve that an unknown C/O was passing out breakfast trays and said "kill yourself" and handed him a tray. He opened his tray and there was a piece of metal about 4 inches long on top of his pancakes.

Intel was contacted- per Lt. T. Newbury, there is no saved camera footage of the day in question. C/O Sparks was contacted and stated, "yes there was metal in the tray, but Individual did not identify who gave it to him".

Counselor cannot substantiate at first level. Per DR 504.810 individual failed to identify, or describe C/O who gave him the tray and there is no camera footage saved to review in order to identify the C/O in question.

This Grievance Counselor's Correspondence: This grievance counselor is satisfied with the first level response no further investigation needed.

Individual failed to meet DR 504.810 which states " If staff member in questions name is unknown individual must supply as much descriptive detail as possible.

Recommendation:

Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the Individual in Custody's grievance be considered DENIED at this juncture based on individual's allegations are unsubstantiated and no proof as to where the alleged piece of metal came from. No further remedies for justification will be considered at this juncture.

A. Leslie CCII — Anthony Leslie

Print Grievance Officer's Name — Grievance Officer's Signature

(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

**Chief Administrative Officer's Response**

Date Received: 1-29-24 ☑ I concur ☐ I do not concur ☐ Remand

Action Taken:

M Nura (? ) 1-29-24

Chief Administrative Officer's Signature — Date

**Individual in Custody's Appeal To The Director**

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

William Williams — R12713 — 2-14-24

Individual in Custody's Signature — ID# — Date

102709

ILLINOIS DEPARTMENT OF CORRECTIONS

**Incident Report**

Incident Number: __________

Type of Incident: __________

**If the answer is yes to any of the following questions, explain in narrative below:**

Facility/Program: Pontiac Date of Incident: 11/29/2023 Time of Incident: 9.10 ☒ am ☐ pm

| | | | | | |
|---|---|---|---|---|---|
| Was a Weapon Involved: | ☐ YES | ☒ NO | Were Restraints / Force Used: | ☐ YES | ☒ NO |
| Was Property Damaged: | ☐ YES | ☒ NO | Were Chemical Agents or OC Used: | ☐ YES | ☒ NO |
| Were Arrests Made: | ☐ YES | ☒ NO | Appr. Unit and/or Law Enf. Agency Notified: | ☐ YES | ☒ NO |
| Were there Media Inquiries: | ☐ YES | ☒ NO | Any Injuries / Hospitalizations: | ☐ YES | ☒ NO |

**Individuals in Custody / Staff Involved:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| Williams, William | R12713 | 3rd shift C.O. | |
| | | | |
| | | | |

**Witnesses to Incident:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**Statement of Facts: (NARRATIVE)**

On the above date and approximate time, I, QMHP Harty, was completing a crisis watch assessment for Williams, William (R12713) at cell number 121, gallery one, PMH when he showed me his breakfast tray that had part of a silver nail clipper laying on top of the untouched pancakes. Client made the following allegation: "This morning the C.O. gave this breakfast tray to me and told me to kill myself. It is all on camera. I am scared." Client passed the breakfast tray through the food pass to the gallery officer (Sparks). Client identified by gallery chart. EOR

Robert Harty | [signature] | 11/29/23 10:45 Am | [signature] | 11-29-23 11p

Reporting Employee (Print) | Reporting Employee Signature | Date / Time | Person Accepting Report | Date / Time

☐ Please check if utilizing the DOC 0435

**Administrative Assessment:** MH, Dietary

Chief Administrative Officer: __________ Date / Time: 11-30-23 12

Distribution: Director, Deputy Director, File
Legal Services (only if restraints/force used)

*Printed on Recycled Paper*

J.B. Pritzker
Governor

Latoya Hughes
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: WILLIAMS, WILLIAM

3/27/24
Date

ID# : R12713

Facility: PONTIAC

This is in response to your grievance received on 2-20-24. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

**Your issue regarding: Grievance dated:** 12-2-23 **Grievance Number:** 102709 **Griev Loc:** PONTIAC

- ☐ Medical
- ☐ Dietary
- ☐ Personal Property
- ☐ Mailroom/Publications
- ☒ Staff Conduct Misconduct claims against unnamed C/O on 11-29-23.
- ☐ Commissary / Trust Fund
- ☐ Conditions (cell conditions, cleaning supplies, etc.)
- ☐ Disciplinary Report: Dated: ______ Incident # ______
- ☒ Other Requests camera footage be saved.

**Based on a review of all available information, this office has determined your grievance to be:**

- ☐ Affirmed
- ☐ Denied, in accordance with DR504F, this is an administrative decision.
- ☒ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ☐ Denied as the facility is following the procedures outlined in DR525.
- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.
- ☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.
- ☐ Other:

FOR THE BOARD: [signature]
Clayton Stephenson
Administrative Review Board

CONCURRED: [signature]
Latoya Hughes
Acting Director

CC: Warden, PONTIAC Correctional Center
WILLIAMS, WILLIAM, ID# R12713

| | | | |
|---|---|---|---|
| Inmate Id: | R12713 | Ret Form Ind: | |
| Name: | WILLIAMS, WILLIAM | Modify Ind: | |
| Chair Code: | CLST | Deny Ind: | |
| Grv Type: | L | Favorable Ind: | |
| Grv Code: | STAFF CONDUCT | Deferred Ind: | |
| Receive Date: | 02/20/2024 | Moot Ind: | |
| Hearing Date: | 00/00/0000 | Grievance Number: | 102709 |
| Mailing Date: | 00/00/0000 | Incident Number: | |
| Grv Loc: | PONTIAC CC | Incident Date: | 00/00/0000 |
| Hearing Loc: | PONTIAC CC | Incident Inst: | |
| | | Date Receipted: | 02/28/2024 |

Comments: GRV# 102709 & GRV DTD 12/2/23, 12/14/23 GRVS UNKNOWN C/O GAVE WILLIAMS A BREAKFAST TRAY AND TOLD HIM TO KILL HIMSELF ON 11/29/23. CLAIMS THERE WAS A 4 IN LONG PIECE OF METAL ON TOP OF PANCAKES. WANTS CAMERA FOOTAGE SAVED.

STATE OF ILLINOIS )
)
COUNTY OF )
)

## AFFIDAVIT

I William Williams #R12713 do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

Went to pontiac correctional center on 11-18-23, and in the first three DAY's Recieved Several Death threats, Tried to commit Suicide, see incident Reports MAde. I Filed Several Grievance's on things of Retilation Such As, Broke all my property, lost some of my property, cruel and unusual punishment, No proper Bedding and light Didn't cut off. see exhibits Attached, I am S.M.I. And HAd A Correctional officeR Tell me to Kill my Self And gAve me A tray while on suicide WAtCh. played gAmes with my MAil. I hAd several grievances that WAS "Lost" I put in grievance box. I wrote extra copies and Sent them to John Howard, Wrote the WArden several times. No Response. see Attached exhibits. I have Been on Several Hungar Strikes. for my amendments Being Violated, Deliberate indifference, Retalition, and intentional infliction of Emotional Distress. See Attached Exhibits #'s 1-11.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 06 day of 24 2024

William Williams
Affiant

MY COPY

# EXHibit # 1

To: WARDEN - Mindi NURSE

From: William Williams #R12713 NORTH-110

To WARden mindi NURSE OR Whom This may Concern, I hAVE wrote several Letter's To the WArden and hAVE NOt got NO Answer. I hAVE Been here At pontiac Since November 18, 2023. I CAme from Hill C.C. FOR A Staff assault. and Since DAy one I Recieved several threats against me one from C/O SArgent Shields and I had mental health write a incident Report About the situation. and After a Few day's of being in pontiac I tried to Comit Suicide, (I'am SMI) and I WAS placed on Suicide wAtch in pontiac South Lowers. and the threats Continued. on November 29, 2023, a C/O officer WAS pAssing out BreakFAst Tray's. He Did Not hAVe his NAME Visible, But he Told Me To "Kill myself, and handed me my Tray with My NAME on it, and It WAS A piece of metal sitting on top of my pancAkes. I'm on tACt Movement, cAmera alway's on and strip search alway's leaving my cell. and a few hours I tAlked to my MHP Mrs. Hardy about the situation, and She SAid she would write a incident Report, and I gAVe heR and C/O Sparks the Tray with the metal on it. and since then I hAVe Been Scared For my SAfety, I Need some help. I hAVe lost sleep, Been on hunger strikes, Scared To Leave my cell, Refused several pAsses, and dealing with alot of Anxiety. And Scared to go BAck on Suicide wAtch.

Exhibit # 2

John Howard Association

P.O. Box 10042
Chicago, IL 60610-0042
(312) 291-9183
THEJHA.ORG

January 6, 2024

Thank you for writing to the John Howard Association (JHA). We read and record every letter, call and email received. JHA independently monitors Illinois prisons; our work seeks to identify and propose solutions to problems that plague the entire prison system. We do not litigate or provide individual representation or advocacy. We seek to create transparency around the realities of prison and use this information to hold government accountable.

The people at JHA are thinking of you during the holiday season and recognize that this is a difficult time to be away from family and loved ones. You are not forgotten and JHA wishes you peace and wellbeing as we head into the new year. This letter confirms we received and read your letter, noting the issues, experiences and perceptions shared. JHA does several things with this information: we track trends and share generalized, non-identifiable information with IDOC to call their attention to concerns; raise issues that are of a time sensitive or emergency nature with prison administrators; use your input to guide our monitoring and advocacy efforts; and also use it to inform stakeholders and the public about what is happening inside prisons in order to push reform efforts.

We have been alerted to the lack of heating available in some prisons and the hardship that this presents for people during the incoming cold season. We have raised this concern with IDOC and will continue to follow up until this situation is resolved. We have also heard continuously from incarcerated individuals about excessive lockdowns and concern about staffing shortages that compounds other issues within the facility. In our recent quarterly communications data, we highlight the issue and have counted at least 40 instances where individuals contacted us regarding lack of out-of-cell time. JHA has raised this issue with IDOC and urges strategic use of staff in order to provide every unit in each prison with out of cell time, lack of staff cannot be an excuse to keep people in lockdown, new approaches and adaptations must be utilized.

We continue to hear from people incarcerated across the state about poor water quality; that it is discolored, smells and/or tastes funny and causes physical distress to those who drink it. In response to the information you have shared, JHA and other advocacy organizations continue to work with environmental advocates to put pressure on IDOC, the Illinois Environmental Protection Agency, and the federal Environmental Protection Agency to more frequently and thoroughly test water in prisons, make the results publicly available and ensure needed improvements are made to keep people who are incarcerated safe - every person has a right to safe drinking water and sanitation systems.

In August JHA published a statement on the CGL Infrastructure Assessment of IDOC facilities and we continue to speak out on this topic. The report findings reflect what we continue to hear from people in prisons and observe on visits. IDOC must address aging facilities and maintenance needs to ensure safety. The CGL report estimates a cost of $2.5 billion in repair and replacement expenditures to address the failing prison system infrastructure. JHA continues to advocate for closure and consolidation for the most harmful units and prisons, particularly given reduced population and understaffing. We continue to use quotes and examples from people inside to emphasize the realities of the dire situation in IDOC.

JHA tracks policy changes that affect people in IDOC custody, including decisions by IDOC and new State laws. IDOC changed the regulations governing Earned Program Sentence Credit (EPSC) eligibility in November 2022, increasing the possible EPSC awarded for completing some job and programming assignments, including work assignments at Adult Transition Centers. The change also made approved self-improvement and volunteer programs eligible to earn EPSC. We do not yet know how IDOC will be calculating EPSC retroactively, but understand that a process for this is being created. We will continue to monitor this and ask for updates. Implementing a 2022 law, IDOC's Office of Constituent Services published the first annual report on its work

responding to concerns from the families of incarcerated people. IDOC also advertised a new Advocacy Liaison position, which will coordinate with organizations that assist incarcerated people. Turning to new laws, a new statute makes it a crime for an incarcerated person to intentionally expose themselves with the purpose of harassing or intimidating someone, with possible diversion to mental health court. A second new law reforms the IDOC State ID program to ensure that people receive their IDs before their release date. A third statute makes changes to the conditions of Mandatory Supervised Release designed to make it easier to earn early discharge, and a fourth law prevents the collection of fines or fees for the first 6 months after release from prison. JHA will continue to advocate for policy changes that benefit people in IDOC custody, monitor the implementation of these changes and do our best to keep you apprised of how people in IDOC may be impacted.

JHA is grateful for the participation of many people in IDOC in our Measures of Quality of Prison Life (MQPL) survey. As of November 2023, we have received 8,826 surveys from 30 IDOC facilities, representing about 31% of IDOC's static population. We continue to report out the data and comments from these surveys and are working with partners to best highlight the tremendous volume of input received. We also appreciate the frustration some have shared in filling out surveys and sharing information and not experiencing improvement or change after doing so. We understand and share these frustrations, but also believe that over time this body of information will help achieve change. We began advocating to eliminate the $5 medical copay in 2012. We asked people inside about the copay and used survey data to convince law makers to abolish it. We were able to get the copay law changed in 2019, with implementation in 2020. Unfortunately, most policy and system change efforts are long, slow and difficult. It often requires convincing people in power to engage with issues and make change they may not see as politically expedient. JHA is committed to fighting for change today, tomorrow and for as long as it takes to reform prisons and improve the conditions and treatment people inside experience. We will continue to advocate to close inhumane prisons, improve conditions, and for changes to policies and practices that will better serve people who are incarcerated by meeting their needs, respecting their rights and treating them with dignity.

When writing us, the more details or descriptions you share (e.g., who, what, when, where, if you filed a grievance or reported to staff, etc.,) the better equipped we will be to raise issues with IDOC administrators and others. *Please do not send JHA any documents that you may need back, because we cannot store and ship these documents back to you.* From your letters and conversations with your supporters in the community, we gain valuable insight into the realities and most pressing issues facing people in prison, and use that information to question IDOC and advance improvements. We appreciate your trust and encourage you to continue sending us privileged mail to report your concerns and share your experiences, perceptions and observations. We wish you a sense of peace and the courage to face the days ahead.

Sincerely, JHA Staff

**Write JHA to...**

- **Report an issue or problem**. JHA uses the information you provide to learn about what is going on inside so that we can work to improve prisons and advance positive changes. JHA does not have authority over governmental or IDOC operations.

- **Make a PREA report about sexual abuse or harassment**. JHA serves as the outside entity to receive reports and forwards them to IDOC. We do not have the authority to investigate allegations. To make a report that you want forwarded to IDOC for investigation, write "Attention PREA" on the top of your letter inside the envelope. You can request to remain anonymous.

- **Share information** about prison policies and practices and your ideas for improvement. We cannot reply individually, but your input and insight informs our work.

- **Family and friends can contact JHA** via our website www.thejha.org or by leaving a message at 312.291.9183 x106 to inform us about what they are hearing from you in real time.

- **Write "PRIVILEGED MAIL"** on the envelope and seal the letter if you want your letter to be confidential.

Exhibit # 3

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | **R12713** | **Counseling Date** | 12/19/23 15:50:20:513 |
| **Offender Name** | **WILLIAMS, WILLIAM** | **Type** | Collateral |
| **Current Admit Date** | 01/22/2010 | **Method** | Grievance |
| **MSR Date** | 07/25/2087 | **Location** | PON SOUTH MENTAL |
| **HSE/GAL/CELL** | SM-01-15 | **Staff** | POCOCK, JESSICA E., Office Associate |

Received Grievance dated 12-15-23 pertaining to STAFF CONDUCT - FEELS STAFF IS HARASSING HIM. Assigned G#102845.ALLEGED METAL PASSED ON TRAY BEING ADDRESSED IN G#102709. Complaint forwarded to CAO per individual in custody's request.

**Print Date** **12/19/2023**

Exhibit # 4

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | **R12713** | **Counseling Date** | 12/05/23 07:47:44:670 |
| **Offender Name** | **WILLIAMS, WILLIAM** | **Type** | Collateral |
| **Current Admit Date** | 01/22/2010 | **Method** | Grievance |
| **MSR Date** | 07/25/2087 | **Location** | PON NORTH SEGREGATION |
| **HSE/GAL/CELL** | SM-01-15 | **Staff** | LESLIE, ANTHONY L., Correctional Counselor II |

---

Edit original entry: Received greivance dated 12/2/23 pertaining to PROTECTIVE ISSUES/OTHER - ALLEGES AN UNKNOWN C/O PUT METAL IN TRAY AND TOLD INDIVIDUAL TO "KILL YOURSELF". Assigned G#102709. Complaint forwarded to Internal Affairs for review.

**Print Date** **12/19/2023**

# State of Illinois - Department of Corrections

Exhibit # 5

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | **R12713** | **Counseling Date** | 12/19/23 13:54:55:533 |
| **Offender Name** | **WILLIAMS, WILLIAM** | **Type** | Collateral |
| **Current Admit Date** | 01/22/2010 | **Method** | Grievance |
| **MSR Date** | 07/25/2087 | **Location** | PON SOUTH MENTAL |
| **HSE/GAL/CELL** | SM-01-15 | **Staff** | POCOCK, JESSICA E., Office Associate |

Received grievance dated 12-14-23 Pertaining to RTN-UTD - INDIVIDUAL FAILED TO MEET DR 504.810 GUIDELINES. INDIVIDUAL DID NOT PROVIDE A NAME OR DESCRIPTION OF THE OFFICER IN QUESTION. NO INVESTIGATION CAN BE DONE WITH OUT A DESCRIPTION OR NAME OF THE STAFF MEMBER IN QUESTION. PER THE DR 504.810 IF A STAFF MEMBERS NAME IS UNKNOWN THE INDIVIDUAL IN CUSTODY MUST PROVIDE AS MUCH DESCRIPTIVE DETAIL AS POSSIBLE TO IDENTIFY THE STAFF MEMBER IN QUESTION. Assigned G#102799, grievance is being returned as it does not meet the DR 504.810 GUIDELINES. Issue is being addressed in G#102709.

**Print Date** **12/19/2023**

# State of Illinois - Department of Corrections

Exhibit # 6

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | **R12713** | **Counseling Date** | 01/22/24 10:40:25:080 |
| **Offender Name** | **WILLIAMS, WILLIAM** | **Type** | Collateral |
| **Current Admit Date** | 01/22/2010 | **Method** | Grievance |
| **MSR Date** | 07/25/2087 | **Location** | PON NORTH SEGREGATION |
| **HSE/GAL/CELL** | N -01-10 | **Staff** | POCOCK, JESSICA E., Office Coordinator |

Received G#102709. Complaint processed at Grievance office 2nd level.

**Print Date 1/22/2024**

# State of Illinois - Department of Corrections

Exhibit #7

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | **R12713** | **Counseling Date** | 05/07/24 14:16:11:657 |
| **Offender Name** | **WILLIAMS, WILLIAM** | **Type** | Collateral |
| **Current Admit Date** | 01/22/2010 | **Method** | Other |
| **MSR Date** | 07/25/2087 | **Location** | PON NORTH SEGREGATION |
| **HSE/GAL/CELL** | N -05-14 | **Staff** | LEDBETTER, TYLER R., Correctional Counselor II |

Received correspondence from individual requesting PROPERTY. Contacted Hill CC and they stated that they have it and is sending it to Pontiac CC.

**Print Date 5/7/2024**

# State of Illinois - Department of Corrections

Exhibit #8

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | R12713 | **Counseling Date** | 12/19/23 07:50:22:280 |
| **Offender Name** | WILLIAMS, WILLIAM | **Type** | Collateral |
| **Current Admit Date** | 01/22/2010 | **Method** | Grievance |
| **MSR Date** | 07/25/2087 | **Location** | PON SOUTH MENTAL |
| **HSE/GAL/CELL** | SM-01-15 | **Staff** | LESLIE, ANTHONY L., Correctional Counselor II |

Received grievance dated 12/15/23 pertaining to MAIL/DELIVERY - ALLEGES MAIL IS NOT BEING PROCESSED. Assigned G#102832. Complaint forwarded to Counselor LEDBETTER for 1st level response.

**Print Date** 12/19/2023

# State of Illinois - Department of Corrections

## Counseling Summary

Exhibit # 9

| | | | |
|---|---|---|---|
| **IDOC #** | **R12713** | **Counseling Date** | 12/19/23 05:45:15:660 |
| **Offender Name** | **WILLIAMS, WILLIAM** | **Type** | Collateral |
| **Current Admit Date** | 01/22/2010 | **Method** | Grievance |
| **MSR Date** | 07/25/2087 | **Location** | PON SOUTH MENTAL |
| **HSE/GAL/CELL** | SM-01-15 | **Staff** | LESLIE, ANTHONY L., Correctional Counselor II |

---

Received grievance dated 12/15/23 pertaining to CONDITIONS/OTHER - PLACED IN A CELL WITH A LIGHT THAT DOES NOT TURN OFF. Assigned G#102811. Complaint forwarded to Counselor LEDBETTER for 1st level response.

**Print Date** **12/19/2023**

# State of Illinois - Department of Corrections

## Counseling Summary

Exhibit #10

| | | | |
|---|---|---|---|
| **IDOC #** | R12713 | **Counseling Date** | 12/29/23 08:51:33:233 |
| **Offender Name** | WILLIAMS, WILLIAM | **Type** | Collateral |
| **Current Admit Date** | 01/22/2010 | **Method** | Grievance |
| **MSR Date** | 07/25/2087 | **Location** | PON NORTH SEGREGATION |
| **HSE/GAL/CELL** | N -01-46 | **Staff** | LESLIE, ANTHONY L., Correctional Counselor II |

Received G#102845 via the Warden's office. The CAO has determined issue a non-emergency on 12/22/23. If individual in custody rejects this decision individual may choose to forward complaint via the "Grievance Only" mailbox for further processing. Complaint returned to individual in custody via institutional mail service.

**Print Date** **12/29/2023**

# State of Illinois - Department of Corrections

## Counseling Summary

Exhibit #11

| | | | |
|---|---|---|---|
| **IDOC #** | **R12713** | **Counseling Date** | 12/01/21 10:02:43:383 |
| **Offender Name** | **WILLIAMS, WILLIAM** | **Type** | Collateral |
| **Current Admit Date** | 01/22/2010 | **Method** | Grievance |
| **MSR Date** | 07/25/2087 | **Location** | HIL CLINICAL SERVICES |
| **HSE/GAL/CELL** | R2-A -13 | **Staff** | LINBOOM, KATHERINE A., Correctional Counselor I |

GR#21-11-195E Subject: Staff Conduct as CAO and/or CAO Designee determined grievance was emergent in nature. Individual in custody will receive grievance response in accordance with DR504F.

**Print Date 12/1/2021**

102709

ILLINOIS DEPARTMENT OF CORRECTIONS

## Incident Report

Incident Number: ______

Type of Incident: ______

**If the answer is yes to any of the following questions, explain in narrative below:**

Facility/Program: Pontiac    Date of Incident: 11/29/2023    Time of Incident: 9:10 ☒am ☐pm

| | | | | | |
|---|---|---|---|---|---|
| Was a Weapon Involved: | ☐ YES | ☑ NO | Were Restraints / Force Used: | ☐ YES | ☑ NO |
| Was Property Damaged: | ☐ YES | ☑ NO | Were Chemical Agents or OC Used: | ☐ YES | ☑ NO |
| Were Arrests Made: | ☐ YES | ☑ NO | Appr. Unit and/or Law Enf. Agency Notified: | ☐ YES | ☑ NO |
| Were there Media Inquiries: | ☐ YES | ☑ NO | Any Injuries / Hospitalizations: | ☐ YES | ☑ NO |

**Individuals in Custody / Staff Involved:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| Williams, William | R12713 | 3rd shift C.O. | |

**Witnesses to Incident:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| | | | |

**Statement of Facts: (NARRATIVE)**

On the above date and approximate time, I, QMHP Harty, was completing a crisis watch assessment for Williams, William (R12713) at cell number 121, gallery one, PMH when he showed me his breakfast tray that had part of a silver nail clipper laying on top of the untouched pancakes. Client made the following allegation: "This morning the C.O. gave this breakfast tray to me and told me to kill myself. It is all on camera. I am scared." Client passed the breakfast tray through the food pass to the gallery officer (Sparks). Client identified by gallery chart. EOR

☐ Please check if utilizing the DOC 0436

| Reporting Employee (Print) | Reporting Employee Signature | Date / Time | Person Accepting Report | Date / Time |
|---|---|---|---|---|
| Robert Harty | [signature] | 11/29/23 10:45 Am | [signature] | 11-29-23 11p |

**Administrative Assessment:** MH, Dietary

Chief Administrative Officer: ______ Date / Time: 11-30-23 12

Distribution: Director, Deputy Director, File
Legal Services (only if restraints/force used)

*Printed on Recycled Paper*

DOC 0434 (Rev. 2/2022)