E-FILED
Thursday, 16 April, 2026 12:37:50 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT FOR CENTRAL DISTRICT OF ILLINOIS URBANA DIVISION

WILLIAMS, #R12713
Plaintiff,

-VS-

Case No. 25-CV-01166-CSB

MINDI NURSE et al.,
Defendant,

## DEFENDANTS' REQUEST & PLAINTIFF RESPONSE TO DEFENDANTS' INTERROGATORY

Pursuant to Federal Rules of Civil Procedure 33, Plaintiff now submits his response to Defendants first Set of interrogatories (one request):

Question:

(1.) "Please provide a detailed physical description of 'John Doe' including his approximate age, height, weigh race, body type, hairstyle, hair color, facial hair, glasses, tattoos, & any other physical characteristics that you believe will help identify him?"

Answer:

Objection: Information thats sought after is on Surveilance & can be visiually seen & was requested to be preserved -via- grievance that was filed.

NotWithstanding said objection: the C/O or Sgt. was Caucassion, shorter than the Plaintiff, had worn a hat on his head, didn't wear a name tag, & can possibly be identified through the roster management of Pontiac On the said date (Nov. 29, 23, 11/7 Shift).

Respectfully Submitted:

William Williams - William Williams

Menard Cor. Ctr. #R12713

Po Box 1000-711 Kaskaskia

Menard, Ill 62259

Assistant-via - Jail House Lawyer

[signature] - Kendrick Butler M03292

# NOTICE & PROOF OF CERTIFICATE OF SERVICE

I, William Williams, Register No. R12713, hereby, Certifies, that on or about (first) received the Defendants Interrogatory on Aug. 30, 2025, & filing the response to the interrogatory on or about Sept. 30, 2025, & first, got one copy of the Interrogatory & then Mailed it to the Defendants Assistant Attorney General office at 115 South LaSalle Street Chicago, IL 60603. Named AAG Zachary Shapiro.

I, William Williams, hereby being, first, unduly Sworn to penalty under perjury that whats stated herein & thereto is to be true & accurate to the best of his Knowledge & understanding.

Respectfully Submitted:
William Williams R12713 - William Williams
Menard Corr. Ctr. # R12713
Po Box 1000 - 711 Kaskaskia
Menard, IL 62259

Assistance - via - Jail House Lawyer
Kendrick Butler M03293 - [signature]

(1 of 1)