E-FILED
Thursday, 25 June, 2026 10:42:41 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| William Williams, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 25-cv-1166-CSB |
| | ) | |
| v. | ) | Honorable Colin S. Bruce |
| | ) | |
| Mindi Nurse, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S SUPPLEMENTAL RULE 26(e) DISCLOSURES**

Defendant, Mindi Nurse ("Defendant"), by and through her attorney, Kwame Raoul, Attorney General for the State of Illinois, discloses the following information and witnesses, pursuant to Rule 26(e) of the Federal Rules of Civil Procedure:

(A) The names and working addresses of the persons with knowledge of the relevant incidents whom Defendants may use to support their defense, along with a short description of what each person knows;

1. **Plaintiff William Williams, # R12713**, Menard Correctional Center Inmate Mail/Parcels PO Box 1000 Menard, IL 62259.

   Subject Matter: Plaintiff has discoverable information about the issues and allegations made in his complaint.

2. **Defendant Mindi Nurse**, Warden, c/o Assistant Attorney General Zachary Shapiro, 115 S. Lasalle St., Chicago, IL 60603.

   Subject Matter: Ms. Nurse is a named nominal defendant. Ms. Nurse can testify to and has knowledge of the facility's rules, policies and procedures.

3. **Tisha Harty**, Qualified Mental Health Professional (QMHP), Pontiac Correctional Center, 700 W Lincoln St, Pontiac, IL 61764.

   Subject Matter: Ms. Harty is expected to testify and have knowledge of the incident report she drafted after Plaintiff showed her the piece of metal he alleges John Doe gave him on the morning of November 29, 2023. Ms. Harty is also expected testify and have knowledge of the mental health progress notes she drafted during the events of Plaintiff's Complaint.

Ms. Harty is also expected testify and have knowledge of Pontiac Correctional Center's Health Care Unit and its applicable rules, policies, procedures.

4. **Jordan Sparks**, Correctional Officer, Pontiac Correctional Center, 700 W Lincoln St, Pontiac, IL 61764.

   Subject Matter: Mr. Sparks is expected to testify and have knowledge of the incident report drafted after Plaintiff handed Mr. Sparks a breakfast tray with a piece of metal on it on the morning of November 29, 2023. Mr. Sparks is also expected to testify and have knowledge testify to and have knowledge of IDOC and Pontiac Correctional Center rules, policies, and procedures.

5. **Keeper of the Records at Menard Correctional Center**, Menard Correctional Center Inmate Mail/Parcels PO Box 1000 Menard, IL 62259.

   Subject Matter: The keeper is expected to testify as to the foundation for the Correctional Center records kept in the ordinary course of business regarding Plaintiff.

6. **Health Care Unit Administrator**, Menard Correctional Center Inmate Mail/Parcels PO Box 1000 Menard, IL 62259.

   Subject Matter: The Health Care Unit Administrator at Menard Correctional Center has discoverable information regarding the relevant medical records at Menard Correctional Center pertaining to the allegations in this suit.

7. **Keeper of the Records at Pontiac Correctional Center**, Pontiac Correctional Center, 700 W Lincoln St, Pontiac, IL 61764.

   Subject Matter: The keeper is expected to testify as to the foundation for the Correctional Center records kept in the ordinary course of business regarding Plaintiff.

8. **Health Care Unit Administrator**, Pontiac Correctional Center, 700 W Lincoln St, Pontiac, IL 61764.

   Subject Matter: The Health Care Unit Administrator at Pontiac Correctional Center has discoverable information regarding the relevant medical records at Pontiac Correctional Center pertaining to the allegations in this suit.

9. **Clayton Stephenson and other Administrative Review Board Chairperson(s) reasonably identified**, 1301 Concordia Court, Springfield, IL 62794.

   Subject Matter: The Chairperson is expected to testify as to any grievances sent by the Plaintiff to the Administrative Review Board.

10. **T. Newburry, Lieutenant, Pontiac Correctional Center, 700 W Lincoln St, Pontiac, IL 61764.**

    **Subject Matter: Mr. Newburry is expected to testify about and have knowledge of the comments he provided in response to Plaintiff's grievance dated December 2, 2023. Mr. Newburry is also expected to testify and have knowledge of the fact that there is no camera footage from November 29, 2023, regarding the allegations in Plaintiff's Complaint. Furthermore, Mr. Newburry is expected to testify and have knowledge regarding IDOC's and Pontiac's policies, rules, and procedures in relation to the retention and storage of camera footage.**

11. **Anthony Leslie, Correctional Counselor, Pontiac Correctional Center, 700 W Lincoln St, Pontiac, IL 61764.**

    **Subject Matter: Mr. Leslie is expected to testify about and have knowledge of the "Grievance Officer's Report" he drafted in response to Plaintiff's grievance dated November 29, 2023. Furthermore, Mr. Leslie is expected to testify about and have knowledge of IDOC's and Pontiac's policies, rules, and procedures regarding grievance procedures.**

12. Any and all other individuals named or referenced in any of Defendant's disclosed Bates-stamped documents may also have knowledge of Plaintiff's claim.

(B) Plaintiff's relevant medical records;

RESPONSE: Defendant refers Plaintiff to copies of his medical and mental health records, which are disclosed as Bates-stamped documents, "IDOC 000213-000482."

(C) Plaintiff's relevant grievances and all responses to those grievances;

RESPONSE: Defendant refers Plaintiff to copies of his relevant grievance documents, which are disclosed as Bates-stamped documents, "IDOC 000001-000086."

(D) Relevant incident reports and disciplinary committee decisions;

RESPONSE: Defendant refers Plaintiff to a copy of the relevant incident report, which is disclosed as Bates-stamped document, "IDOC 000135." Defendant also refers Plaintiff to his disciplinary card and adjustment committee summaries, "IDOC 000136-000161."

(E) The identity of any Doe defendants; if Doe defendants are named;

RESPONSE: Defendant cannot ascertain the identity of the John Doe Defendant. To assist Plaintiff in identifying the John Doe Defendant, Defendant has provided a copy of the Pontiac Correctional Center daily roster for 11:00pm – 7:00am shift from November 29, 2023, which is disclosed as Bates-stamped document "IDOC 000139-000161." Defendant also refers Plaintiff to a copy of the Mental Health Unit Command Log from November 28/29, 2023, for the 11:00pm – 7:00am shift, which is disclosed as Bates-stamped document "IDOC 000196."

**After further investigation, undersigned counsel has learned that the gallery officers at Pontiac pass out the breakfast trays. Per Plaintiff's Living Unit History (IDOC 000170), Plaintiff was assigned to the South Mental Health Unit at Pontiac Correctional Center on November 29, 2023. Plaintiff has described the John Doe Defendant as a "Caucasian, shorter than the plaintiff [later determined to be roughly 5'10 in Plaintiff's discovery requests], had worn a hat on his head, didn't wear a name tag, and can possibly be identified through the roster management of Pontiac on the said date." Based on the names contained on the South Mental Health Command Log (IDOC_000196), the only "Caucasian" individuals that were working as gallery officers on the date and time alleged in Plaintiff's Complaint are Raymond Beck, Jesse Smothers, Timothy Krone, and Nicholas Stoner. Defendant cannot narrow the identity of the John Doe Defendant any further based on Plaintiff's description.**

(F) Copies of any other documents, whether paper or electronically stored, which Defendants may use to support their claims or defenses.

RESPONSE: Defendant refers Plaintiff to the following documents and their corresponding Bates numbers:

- Plaintiff's Cumulative Counseling Summary, IDOC 000087-000134.
- Plaintiff's Offender Assignment History, IDOC 000162.
- Plaintiff's Call Pass History, IDOC 000163-000169.
- Plaintiff's Active Living Unit History, IDOC 000170-000172.
- Plaintiff's Active Movement History, IDOC 000173.
- Plaintiff's Trust Fund Account, IDOC 000197-000212.

Dated: February 26, 2026

Respectfully Submitted,

**KWAME RAOUL**
Attorney General of Illinois

By: */s/ Zachary Shapiro*
Zachary Shapiro
Assistant Attorney General
General Law Bureau
Office of the Illinois Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(773) 550-7349
Zachary.Shapiro@ilag.gov