E-FILED
Friday, 16 October, 2026 11:57:17 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| William Williams,<br><br>Plaintiff,<br><br>v.<br><br>Michael Gubbels,<br><br>Defendant. | )<br>)<br>)<br>) Case No. 25-cv-1166-CSB<br>)<br>) Honorable Colin S. Bruce<br>)<br>)<br>)<br>) |

**MOTION TO STAY DISCOVERY AND DISPOSITIVE MOTION DEADLINE PENDING A RULING ON DEFENDANT'S MOTION TO DISMISS**

NOW COMES Defendant Michael Gubbels ("Defendant"), by and through his attorney, Kwame Raoul, Illinois Attorney General, and for his Motion to Stay Discovery and Dispositive Motion Deadline Pending a Ruling on Defendant's Motion to Dismiss, states as follows:

1. On April 29, 2025, Plaintiff filed his Complaint alleging that on November 29, 2023, a John Doe Correctional Officer Defendant handed him a breakfast tray with a 4-inch piece of metal on it and told him to kill himself. Dkt. 1 at 5.

2. On May 13, 2025, this Court entered a Merit Review Order allowing Plaintiff to proceed on an Eighth Amendment claim against the John Doe Defendant. Dkt. 6 at 3.

3. In that same order, the Court kept Defendant Mindi Nurse on as a "placeholder" Defendant to allow Plaintiff to "use the tools in discovery to identify the person whom he believes violated his Eighth Amendment rights." *Id.* at 4.

4. On July 14, 2025, this Court entered a Scheduling Order setting the discovery deadline as January 16, 2026, and the summary judgment motion deadline as February 16, 2026. Dkt. 12 at 8.

5. On November 10, 2025, this Court granted Defendant Nurse's motion for an extension of time to complete discovery for the purposes of determining the identity of the John Doe Defendant and extended the discovery deadline to December 9, 2025. (d/e: 11/10/2025).

6. On January 5, 2026, this Court granted Plaintiff's motion for an extension of time to complete discovery for the purposes of determining the identity of the John Doe Defendant and extended the discovery deadline to March 16, 2026. (d/e: 01/05/2026).

7. On April 24, 2026, Plaintiff filed a motion to extend the discovery deadline and a motion for leave to amend his Complaint to substitute the John Doe Defendant with Defendant Gubbels. Dkts. 27-28.

8. On April 27, 2026, this Court entered an order granting Plaintiff's motion for leave to amend his complaint, dismissing the John Doe defendant and Defendant Nurse, and replacing Defendant Nurse with Defendant Gubbels. Dkt. 29.

9. In that same order, the Court extended the discovery deadline to October 16, 2026, and the dispositive motion deadline to November 20, 2026. *Id.*

10. On June 10, 2026, undersigned counsel filed his appearance for Defendant Gubbels. Dkt. 32.

11. On June 26, 2026, Defendant Gubbels filed his Motion to Dismiss for failure to state a claim in which he argues that Plaintiff failed to add Defendant Gubbels as party to this action before the statute of limitations had expired. Dkt. 33.

12. On July 29, 2026, Plaintiff filed his response to Defendant's Motion to Dismiss. Dkt. 37.

13. On August 12, 2026, this Court granted Defendant's motion for leave to file a reply in support of his motion to dismiss and Defendant filed his reply. Dkts. 38-40.

14. Defendant's fully briefed motion to dismiss remains pending before this Court.

15. Plaintiff and Defendant Gubbels have not exchanged written discovery requests. Furthermore, Defendant Gubbels has not conducted Plaintiff's deposition. Defendant Gubbels's efforts in this case have been dedicated to briefing his motion to dismiss.

16. In light of Defendant's pending Motion to Dismiss, Defendant respectfully requests that this Honorable Court stay discovery and the dispositive motion deadline so that the Court may resolve Defendant's motion to dismiss.

17. This Court has previously found "it appropriate to stay discovery pending the resolution of [a] pending Motion to Dismiss" in order to "reduce the burden of litigation on the parties and the Court." *Ellis v. Urbana Parc LLC*, No. 25-2315, 2026 U.S. Dist. LEXIS 108609, *3-4 (C.D. Ill. Apr. 1, 2026).

18. As neither party has conducted discovery on the merits of this case, it would be beneficial to stay discovery to avoid wasting both the parties' and the Court's resources in litigating this case in the event Defendant's Motion to Dismiss is granted.

19. In the event Defendant's Motion to Dismiss is denied, Defendant will file his answer to Plaintiff's Amended Complaint, serve his Rule 26 disclosures, issue written discovery, and conduct Plaintiff's deposition.

20. This request is not made for the purpose of delay. Rather, Defendant makes the request to ensure that neither party expends resources in the event Defendant's motion to dismiss is granted.

21. This request is made in the best interest of serving the judicial economy.

22. No party will be prejudiced in granting this stay, as the parties have not yet conducted discovery on the merits of this case.

WHEREFORE, Defendant Michael Gubbels respectfully requests that this Honorable Court grant his Motion to Stay Discovery and Dispositive Motion Deadline Pending a Ruling on Defendant's Motion to Dismiss, stay the deadline to compete discovery on the merits of this case and file dispositive motions, and grant any further relief that this Court deems reasonable and just.

Dated: October 16, 2026

Respectfully Submitted,

**KWAME RAOUL**
Attorney General of Illinois

By: */s/ Zachary Shapiro*
Zachary Shapiro
Assistant Attorney General
General Law Bureau
Office of the Illinois Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(773) 550-7349
Zachary.Shapiro@ilag.gov

**CERTIFICATE OF SERVICE**

The undersigned certifies that on October 16, 2026, he electronically filed the foregoing document with the Clerk of the Court for the Central District of Illinois by using the CM/ECF system. All participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

The undersigned further certifies that he mailed a copy to the *pro se* Plaintiff at the following address via First Class Mail USPS:

William Williams, #R12713
Menard Correctional Center
Inmate Mail/Parcels
PO Box 1000
Menard, IL 62259

*/s/ Zachary Shapiro*
Zachary Shapiro